IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CHAPTER 13 FEE APPLICATION § | |
| DEBTOR(S) § | GENERAL ORDER NO. 2004-5 |

**ORDER ON MOTION PURSUANT TO GENERAL ORDER NO. 2004-5
FOR CONSIDERATION OF THE MAXIMUM AMOUNTS SET FOR
FIXED FEE ASSIGNMENTS IN CHAPTER 13 CASES**

On May 4, 2006 at 9:30 a.m., a hearing will be held to consider the motion by Chapter 13 Trustee David Peake and any responses which are filed. On March 28, 2006, a pretrial hearing will be held in Courtroom #403 at 9:30 a.m..

The Clerk shall send a copy of this Order to the following:

Richard Simmons, United States Trustee, 515 Rusk St., Suite 3516, Houston, TX 77002;

All Chapter 13 Trustees
   David Peake, 9660 Hillcroft, Suite 430, Houston, TX 77096;
   William E. Heitkamp, 9821 Katy Fwy., Suite 590, Houston, TX 77024;
   Daniel E. O'Connell, P.O. Box 13, LaPorte, TX 77572;
   Cindy Boudloche, 555 N. Carancahua, Suite 600, Corpus Christi, TX 78478;

Eloise Guzman, 8866 Gulf Fwy., Suite 130, Houston, TX 77017;
Kenneth A. Keeling, 3310 Katy Fwy., Suite 200, Houston, TX 77007;
David R. Jones, 1000 Main St., 36th Flr., Houston, TX 77002;
Patrick L. Hughes, 1221 McKinney, Suite 2100, Houston, TX 77010;
R. Christopher Naylor, 4801 WoodWay Dr., Suite 420-W, Houston, TX 77056;

June A. Mann, 550 Westcott St., Suite 560, Houston, TX  77007;
Eduardo Rodriguez, P.O. Box 2155, Brownsville, TX  78522

Signed this __8__ day of __March__, 2006 at Houston, Texas.

_____
KAREN K. BROWN
CHIEF UNITED STATES BANKRUPTCY JUDGE